Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–34101–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Luis F Salgado
 dba Tropicana BBQ, dba Juliannas Texas
 Wiener, LLC
 19 Locust Avenue
 Piscataway, NJ 08854

Social Security No.:
 xxx–xx–6655

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/3/2017 and a confirmation hearing on such Plan has been scheduled for 6/14/2017.

The debtor filed a Modified Plan on 6/13/2017 and a confirmation hearing on the Modified Plan is scheduled for 7/26/2017@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

 A full copy of the modified Plan will follow this notice.

Dated: June 14, 2017
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-34101-KCF
Luis F Salgado                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2           Date Rcvd: Jun 14, 2017
                              Form ID: 186           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
```
db            +Luis F Salgado,   19 Locust Avenue,   Piscataway, NJ 08854-2110
516556800     +Credence Resource Management,   Po Box 2300,   Southgate, MI 48195-4300
516675158     +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516556802     +EOS-CCA,   700 Longwater Dr.,   Norwell, MA 02061-1624
516556803     +EOS-CCA,   Po Box 981025,   Boston, MA 02298-1025
516556805    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,   National Bankrupcy Service Center,   Po Box 62180,
                Colorado Springs, CO 80962)
516556804     +First Data,   4000 Coral Ridge Drive,   Coral Springs, FL 33065-7614
516556806     +Ford Credit,   15000 Capital One Dr,   Richmond, VA 23238-1119
516556809     +Mercer County Special Civil Part,   Mercer County Central Finance Office,
                175 South Broad Street, 1st Floor,   PO Box 8068,   Trenton, NJ 08650-0068
516556812      Middlesex County Special Civil,   PO Box 1146,   New Brunswick, NJ 08903-1146
516556814    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,   Bankruptcy Section,   PO Box 245,
                Trenton, NJ 08695)
516594358     +Santander Consumer USA,   PO BOX 560284,   Dallas, Texas 75356-0284
516556819     +Santander Consumer USA,   Po Box 961245,   Fort Worth, TX 76161-0244
516556820     +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
516556822     +Wells Fargo Home Mtg (dba) Americas Serv,   Po Box 10328,   Des Moines, IA 50306-0328
516556821     +Wells Fargo Home Mtg (dba) Americas Serv,   1000 Blue Gentian Rd. #300,   Mac #X7801-02k,
                Eagan, MN 55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2017 22:12:25     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2017 22:12:22     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516762687      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2017 22:14:45
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
516556801     +E-mail/Text: Umesh.Patil@credencerm.com Jun 14 2017 22:12:55     Credence Resource Management,
                17000 Dallas Pkwy Ste 20,   Dallas, TX 75248-1940
516556807      E-mail/Text: cio.bncmail@irs.gov Jun 14 2017 22:12:00     IRS Centralized Insolvency Operation,
                PO Box 21126,   Philadelphia, PA 19114-0326
516556818      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2017 22:32:20
                Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
516556817      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2017 22:14:45
                Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
516819809      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2017 22:26:54
                Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                Norfolk VA 23541
                                                                                               TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516556808*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: IRS Centralized Insolvency Operation,   PO Box 21126,
                Philadelphia, PA 19114-0326)
516556810*    +Mercer County Special Civil Part,   Mercer County Central Finance Office,
                175 South Broad Street, 1st Floor,   PO Box 8068,   Trenton, NJ 08650-0068
516556811*    +Mercer County Special Civil Part,   Mercer County Central Finance Office,
                175 South Broad Street, 1st Floor,   PO Box 8068,   Trenton, NJ 08650-0068
516556813*     Middlesex County Special Civil,   PO Box 1146,   New Brunswick, NJ 08903-1146
516556815*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,   Bankruptcy Section,   PO Box 245,
                Trenton, NJ 08695)
516556816*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,   Bankruptcy Section,   PO Box 245,
                Trenton, NJ 08695)
516730631*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Department of Treasury,
                Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 14, 2017
                              Form ID: 186             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
               2006-FF11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Paul H. Young    on behalf of Debtor Luis F Salgado ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```