| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | **Order Filed on June 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) Albert Russo CN 4853 Trenton, New Jersey 08650 (609) 587-6888 Standing Chapter 13 Trustee | Case No.: 16-31401 KCF Hearing: 6/14/17 Judge Kathryn C. Ferguson |
| In Re: **Daryl Oswald** Debtor(s) | |

## ORDER FOR SANCTIONS AGAINST PAUL YOUNG, ESQUIRE

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: June 19, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Confirmation of Modified Plan/Before; and the Court having entered a Notice of Failure to File Supplemental Documents Concerning Schedules; and for good cause shown, it is hereby:

**ORDERED** that Debtor's Counsel, Paul Young, is to pay sanctions to Albert Russo, Chapter 13 Trustee, in the amount of $200.00 within 30 days of the date of this order. The $200.00 will be applied to the Debtor's Chapter 13 plan.