| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee<br><br>In Re:<br><br>**Daryl Oswald**<br>Debtor(s) | **Order Filed on June 19, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.:   16-31401 KCF<br><br>Hearing: 6/14/17<br><br>Judge  Kathryn C. Ferguson |

### ORDER FOR SANCTIONS AGAINST PAUL YOUNG, ESQUIRE

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: June 19, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Confirmation of Modified Plan/Before; and the Court having entered a Notice of Failure to File Supplemental Documents Concerning Schedules; and for good cause shown, it is hereby:

**ORDERED** that Debtor's Counsel, Paul Young, is to pay sanctions to Albert Russo, Chapter 13 Trustee, in the amount of $200.00 within 30 days of the date of this order. The $200.00 will be applied to the Debtor's Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Luis F Salgado  
    Debtor

Case No. 16-34101-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 20, 2017  
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.  
db        +Luis F Salgado,   19 Locust Avenue,   Piscataway, NJ 08854-2110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:  
        Albert   Russo   docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Paul H. Young   on behalf of Debtor Luis F Salgado ykassoc@gmail.com, lesliebrown.paralegal@gmail.com  
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                            TOTAL: 4