| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on July 6, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Case No.: 16-34101 KCF<br>Hearing: 6/14/17<br>Judge Kathryn C. Ferguson |
| In Re:<br>    **Luis F. Salgado**<br>                    Debtor(s) | |

## CORRECTED
## ORDER FOR SANCTIONS AGAINST PAUL YOUNG, ESQUIRE

The relief set forth on the following pages, numbered two (2), is ORDERED.

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**DATED: July 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Confirmation of Modified Plan/Before; and for good cause shown, it is hereby:

**ORDERED** that Debtor's Counsel, Paul Young, is to pay sanctions to Albert Russo, Chapter 13 Trustee, in the amount of $200.00 within 30 days of the date of this order. The $200.00 will be applied to the Debtor's Chapter 13 plan.