**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

   **Luis F. Salgado**
                     Debtor(s)

**Order Filed on July 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   16-34101 KCF

Hearing: 6/14/17

Judge  Kathryn C. Ferguson

CORRECTED
**ORDER FOR SANCTIONS AGAINST PAUL YOUNG, ESQUIRE**

The relief set forth on the following pages, numbered two (2), is ORDERED.

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**DATED: July 6, 2017**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Confirmation of Modified Plan/Before; and for good cause shown, it is hereby:

**ORDERED** that Debtor's Counsel, Paul Young, is to pay sanctions to Albert Russo, Chapter 13 Trustee, in the amount of $200.00 within 30 days of the date of this order. The $200.00 will be applied to the Debtor's Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-34101-KCF
Luis F Salgado                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jul 06, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db              +Luis F Salgado,    19 Locust Avenue,    Piscataway, NJ 08854-2110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
         First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
         2006-FF11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Paul H. Young    on behalf of Debtor Luis F Salgado ykassoc@gmail.com,
         lesliebrown.paralegal@gmail.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4